IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-361 |
| | ) | |
| BARRY KORCAN | ) | |

**ORDER**

And now this 5th day of January, 2006, after consideration of the within Motion to Amend Information, it is hereby ordered that the motion is granted and the Information as amended will be filed.

_____
United States District Court Judge

cc: Paul Hull
    Assistant U.S. Attorney

    Charles Porter, Esquire

    Clerk Of Court's Office