IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal Number 05-361 |
| | ) |
| BARRY KORCAN | ) |

### ORDER

AND NOW, in Pittsburgh, Pennsylvania, this 26 day of _____, 2006, it is hereby ORDERED that the following language will be incorporated into the criminal judgment at sentencing:

> Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 853(p), all right, title and interest of Barry Korcan in the property outlined in his plea agreement is hereby forfeited to the United States.

It is further ORDERED that upon entry of the criminal judgment at sentencing, the United States begin ancillary forfeiture proceedings to adjudicate any and all third party interests in the subject property.

_____
United States District Judge